## IN THE UNITED STATES COURT OF FEDERAL CLAIMS
### Bid Protest

| | |
|---|---|
| M SQUARED DESIGN, LLC, ) | |
| Plaintiff, ) | |
| ) | Case No. 13-907 C |
| v. ) | Judge Thomas C. Wheeler |
| THE UNITED STATES, ) | |
| Defendant. ) | |

### MOTION TO INTERVENE

VisualPoint, Inc., by and through its undersigned counsel, moves this court for leave to intervene as a matter of right as a Defendant in this action pursuant to Rule 24(a) of the Rules of the Court of Federal Claims ("RCFC"). VisualPoint is the awardee of the contract under the procurement currently under protest, and thus has a strong, direct and immediate economic interest to protect its award. As such, VisualPoint is an interested party to the action and should be permitted to intervene.

Under the RCFC, VisualPoint has a right to intervene because it "claims an interest relating to the property or transaction that is the subject of the action, and is so situated that disposing of the action may as a practical matter impair or impede the movant's ability to protect its interest, unless existing parties adequately represent that interest." RCFC 24(a)(2).

The litigation of the protest claims in this matter in the absence of VisualPoint as a party would prejudice VisualPoint's right to a full and open hearing of its legal arguments relating to this protest. Moreover, VisualPoint's interests are not adequately protected by the United States because the Government's interests are not identical to VisualPoint's.

VisualPoint's Motion to Intervene is timely. The Complaint in this action was filed November 14, 2013. VisualPoint is seeking to intervene within the next business day, well within a reasonable time period.

For the foregoing reasons, VisualPoint respectfully requests that its Motion to Intervene be granted.

Date: November 15, 2013

    Respectfully submitted,

    s/ Bryan R. King
    Bryan R. King
    GENERAL COUNSEL, P.C.
    6862 Elm Street, Suite 800
    McLean, VA 22101
    Tel: 703-226-1866
    Fax: 703-556-6540
    bking@gcpc.com

    Counsel for VisualPoint, Inc.

**CERTIFICATE OF FILING**

I hereby certify that, on this 15th day of November, 2013, the foregoing "MOTION TO INTERVENE" by VisualPoint, Inc. was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the court's electronic filing system. Parties may access this filing through the court's system.

    /s Bryan R. King